Barbara A. PRICE, Petitioner,

v.

DEPARTMENT OF DEFENSE, Respondent.

No. 2007–3183.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2008.

Lorenzo W. Tijerina, of San Antonio, Texas, argued for petitioner.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Before GAJARSA, LINN and MOORE, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

GREENBRIER, Woodlake Village Partnership, Colonial Terrace Apartments, Ltd., First Buena Vida, Ltd., First Fairmont Terrace, Ltd., First Fairmont II, Ltd., First Plaza Dorado Limited Partnership, First Plaza Hills East Limited Partnership, Hillcrest Apartments, Ltd., Jackson Manor Apartments, Ltd., C.A. Hobbs, Jr., Lauryce G. Hobbs, Charles L. Adrian, Hugh V. Hugh V. Smith Enterprises, Inc., Southbrook Garden Apartments, Ltd., and Sugar Grove Square, Ltd., Plaintiffs,

and

5000 South Hampton Terrace, American River Limited Partnership, Aspen Manor, Limited Partnership, Bayside Village Apartments, Bear Mountain Village, Limited Partnership, Broadway Apartments, Bullocks Point Associates, California Properties–Aguilar, California Properties–Gardens, California Properties–Leisure Life, California Properties–Villages, Camelot North Company, Camelot South Company, Canyon Apartments Company, Carrier Arms Apartments, Ltd., Cascade Terrace Limited Partnership, Churchland Square Apartments, Cottonwood Manor Company, Duarte Manor Associates, Dundale Square, East Green